State Court of Fulton County
**E-FILED**
24DD011996
12/9/2024 1:54 PM
Donald Talley, Clerk
Civil Division

To whom it may concern,

I am responding to the eviction notice received.
My name is Maya Bolden. My grandmother Selma Bolden is the primary lease holder. She is currently hospitalized and has been for quite some time now before she was hospitalized she sent off to check one check came back to us the other trick according to FedEx was delivered, but after further investigation it was " lost in transit" I have been working with them gather the funds back she did attempt to pay the balance she sent in a check for $12,000 now with my grandmother now being hospitalized had an open heart surgery and is in a medically induced coma the rent falls on me.
I have no problem setting up a payment arrangement if that is possible to sustain and pay the balance I do work a regular 9 to 5 job as I am looking for a second one as well to be able to just give those checks to Progress residential in full. I have also been working with FedEx with an investigation regarding our machine check as well as I have been working with the bank on behalf of my grandmother trying to gather the funds if they can be replaced since they were never cashed.

But again, if setting up a payment plan or anything like that is something that we can establish I am most definitely willing to do that


Thank you.
Maya Bolden
Selma Bolden