1/7/26, 4:40 PM  yardipcv.com/35455pret/Pages/SSRSReportViewer.aspx?From=SQLREPORTS&hmy=2017758&userId=5801&select=reports%5crs_sql_ApplicationForm.SSRS.txt

Case 25-64842-amb Doc 16-3 Filed 01/13/26 Entered 01/13/26 23:28:10 Desc
Exhibit C Page 1 of 2

|◀ ◀ 1 of 1 ▶ ▶|   ⬅   Find | Next

## Application for Selma Bolden [Online Application - No]

### Personal Information

| | | | |
|---|---|---|---|
| Tel# Office-Home | | | |
| Cell# - Fax# | ███████7451 | | |
| DOB - DL # / State | ██/1948 | ******** | DE |
| Social Security Number | ***-**-0426 | | |
| Maiden Name | | | |
| Marital Status | Single | | |

### Current Address

| | | | |
|---|---|---|---|
| Address | 407 E 35th st | | |
| City State Zip | Wilmington | DE | 19802 |
| Months at this Address | 0 | | |
| Start Date | 05/01/2007 | | |
| Monthly Rent / Monthly Mortagage Payments | 0.00 | | |
| Reason for Moving | Life change | | |
| Apartment Community | | | |
| Management Company | | | |
| Management Company Phone | | | |
| Was 30 day Notice Given | Yes | | |

### Previous Address

| | | | |
|---|---|---|---|
| Address | | | |
| City State Zip | | | |
| Months at this Address | 0 | | |
| Start Date | | | |
| Monthly Rent / Monthly Mortagage Payments | 0.00 | | |
| Reason for Moving | | | |
| Apartment Community | | | |
| Management Company | | | |

### Employer

| | | | |
|---|---|---|---|
| Company | | Position | |
| Address | | Start Date | |
| | | Gross Monthly Income | 6500 |
| City State Zip | | Additional Income | 1200.00 |
| | | Source Addl. Income | |
| Employer Phone | | | |
| Supervisor's Name | | | |

### Previous Employer

| | | | |
|---|---|---|---|
| Company | | Position | |
| Address | | Start Date | |
| | | End Date | |
| City State Zip | | Gross Monthly Income | 0 |
| Employer Phone | | Additional Income | 0.00 |
| Supervisor's Name | | Source Addl. Income | |

### Emergency Contact

| | | | |
|---|---|---|---|
| Contact Name | Maya | Contact Address | |
| Relationship | | | |
| Contact Phone# | ███████-7451 | City State Zip | |

### Vehicles

| Vehicle Make | Model | Color | Year | License | State |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

### Screening Information

Have you ever been evicted?
If yes, explain

Have you ever been convicted of a felony?
If yes, explain

1/7/26, 4:40 PM                    yardipcv.com/35455pret/Pages/SSRSReportViewer.aspx?From=SQLREPORTS&hmy=2017758&userId=5801&select=reports%5crs_sql_ApplicationForm.SSRS.txt

Case 25-64842-sms    Doc 16-3    Filed 01/13/26    Entered 01/13/26 23:28:10    Desc
Exhibit C    Page 2 of 2

| Management Company Phone | |
| --- | --- |
| Was 30 day Notice Given | |

| Do you have any criminal charges pending, awaiting disposition or looming in any way? | |
| --- | --- |
| If yes, explain | |
| | |

| Pets | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Type | Weight | Age | Color | Name | Breed | Gender | Spayed/Neut |