1/7/26, 4:40 PM  yardipcv.com/35455pret/Pages/SSRSReportViewer.aspx?From=SQLREPORTS&hmy=2017758&userId=5801&select=reports%5crs_sql_ApplicationForm.SSRS.txt

Case 25-64842-amb  Doc 17-3  Filed 01/14/26  Entered 01/14/26 14:27:20  Desc
Exhibit C    Page 1 of 2

| |◀ ◀ | 1 of 1 | ▶ ▶| | | Find | Next

## Application for Selma Bolden

[Online Application - No]

### Personal Information

| | | | |
|---|---|---|---|
| Tel# Office-Home | | | |
| Cell# - Fax# | ▇▇▇▇▇▇▇7451 | | |
| DOB - DL # / State | ▇▇/1948 | ******** | DE |
| Social Security Number | ***-**-0426 | | |
| Maiden Name | | | |
| Marital Status | Single | | |

### Current Address

| | | | |
|---|---|---|---|
| Address | 407 E 35th st | | |
| City State Zip | Wilmington | DE | 19802 |
| Months at this Address | 0 | | |
| Start Date | 05/01/2007 | | |
| Monthly Rent / Monthly Mortagage Payments | 0.00 | | |
| Reason for Moving | Life change | | |
| Apartment Community | | | |
| Management Company | | | |
| Management Company Phone | | | |
| Was 30 day Notice Given | Yes | | |

### Previous Address

| | | | |
|---|---|---|---|
| Address | | | |
| City State Zip | | | |
| Months at this Address | 0 | | |
| Start Date | | | |
| Monthly Rent / Monthly Mortagage Payments | 0.00 | | |
| Reason for Moving | | | |
| Apartment Community | | | |
| Management Company | | | |

### Employer

| | | | |
|---|---|---|---|
| Company | | Position | |
| Address | | Start Date | |
| | | Gross Monthly Income | 6500 |
| City State Zip | | Additional Income | 1200.00 |
| Employer Phone | | Source Addl. Income | |
| Supervisor's Name | | | |

### Previous Employer

| | | | |
|---|---|---|---|
| Company | | Position | |
| Address | | Start Date | |
| | | End Date | |
| City State Zip | | Gross Monthly Income | 0 |
| Employer Phone | | Additional Income | 0.00 |
| Supervisor's Name | | Source Addl. Income | |

### Emergency Contact

| | | | |
|---|---|---|---|
| Contact Name | Maya | Contact Address | |
| Relationship | | | |
| Contact Phone# | ▇▇▇▇▇-7451 | City State Zip | |

### Vehicles

| Vehicle Make | Model | Color | Year | License | State |
|---|---|---|---|---|---|
| | | | | | |

### Screening Information

| | |
|---|---|
| Have you ever been evicted? | |
| If yes, explain | |
| Have you ever been convicted of a felony? | |
| If yes, explain | |

Case 25-64842-sgj11 Doc 17-3 Filed 01/14/26 Entered 01/14/26 14:27:20 Desc
Exhibit C Page 2 of 2

| | |
|---|---|
| Management Company Phone | |
| Was 30 day Notice Given | |

Do you have any criminal charges pending, awaiting disposition or looming in any way?
If yes, explain

### Pets

| Type | Weight | Age | Color | Name | Breed | Gender | Spayed/Neut |
|------|--------|-----|-------|------|-------|--------|-------------|