UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          )
                                                )
                                                )        CASE NO.:  25-64842-PMB
SELMA LEE BOLDEN,                               )
                                                )        CHAPTER 13
        DEBTOR.                                 )
                                                )        JUDGE PAUL BAISIER
-------------------------------------------------------     )
                                                )
MELISSA J. DAVEY,                               )
STANDING CHAPTER 13 TRUSTEE,                    )
        Movant,                                 )
                                                )
                                                )
v.                                              )        CONTESTED MATTER
                                                )
SELMA LEE BOLDEN,                               )
        Respondent.                             )
                                                )
-------------------------------------------------------     )

### CHAPTER 13 TRUSTEE'S
### OBJECTION TO CONFIRMATION & MOTION TO DISMISS

Melissa J. Davey, Chapter 13 Trustee, objects to confirmation of the plan and moves to dismiss this case pursuant to 11 U.S.C. Section 1307(c) for the following reasons:

1.      Debtor failed to attend the 11 U.S.C. Section 341 meeting. Additionally, The Chapter 13 Trustee's office received notice from Debtor's counsel that the Debtor called King & King on or about January 27, 2026, claiming to be the victim of identity fraud. Upon information and belief, she further stated to counsel at King & King that she never spoke with them about filing a bankruptcy case and did not sign the residential lease agreement with Progress Residential Borrower 18, LLC. Debtor should appear at confirmation on February 19, 2026, at 9:45 A.M. to explain the circumstances of the filing of the instant bankruptcy case.

2.      The Debtor has failed to pay the Chapter 13 Plan payments to the Trustee as required by 11 U.S.C. Section 1326.

3.      The Debtor has failed to provide the Trustee with a copy of the 2024 federal

income tax return for the most recent tax year ending immediately before the commencement of the instant case in violation of 11 U.S.C. Section 521(e)(2)(A)(i). As the Debtor has failed to submit the last filed tax return to the Trustee prior to the meeting of creditors, the Trustee requires a sworn statement by the Debtor, in addition to the tax return, that the tax return provided is a true copy of the most recent tax return filed.

4.      The Chapter 13 plan proposes to pay $6,500.00 to the Debtor's Attorney for payment of attorney fees. The Trustee is unable to determine whether this is a reasonable fee and would request that Debtor's counsel appear at confirmation and be prepared to present evidence to the Court regarding the reasonableness of the requested fee.

Wherefore, the Trustee moves this Honorable Court to consider the above objections at the confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case pursuant to 11 U.S.C. Section 1307(c), and for such other and further relief that this Court deems just and proper.

Dated: February 03, 2026

/s/Kelsey A. Makeever
Kelsey A. Makeever
Attorney for the Chapter 13 Trustee
GA Bar No. 371499
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone:   (678) 510-1444
Facsimile:(678) 510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.:  25-64842-PMB |
| | ) | |
| SELMA LEE BOLDEN, | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | JUDGE PAUL BAISIER |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's  Objection to Confirmation & Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
KING & KING LAW L.L.C

I further certify that on this day I caused a copy of this document to be served via first class mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR:

SELMA LEE BOLDEN
6109 HEMPERLY RD
ATLANTA, GA  30349
Dated: February 03, 2026

/s/Kelsey A. Makeever
Kelsey A. Makeever
Attorney for the Chapter 13 Trustee
GA Bar No. 371499
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone:    (678) 510-1444
Facsimile:(678) 510-1450
mail@13trusteeatlanta.com