**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s)
**Selma Lee Bolden**

Case No.: **25−64842−pmb**
Chapter: **13**

# ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEES

On December 22, 2025, the Court entered an order authorizing Debtor or Debtors (hereinafter "Debtor") to pay the filing fee in installments, provided that Debtor paid the initial filing fee installment in full; paid the second filing fee installment payment within 30 days of the date the petition was filed; and paid the final filing fee installment payment within 60 days of the date the petition was filed. Debtor failed to pay timely

**the second filing fee installment.**

Debtor was notified of this deficiency and allowed additional time to make the payment.

The Debtor failed to pay timely the required filing fee installment. Accordingly, it is

ORDERED that the above−styled case is **dismissed**.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's counsel, Trustee, and all parties on the mailing matrix.

**SO ORDERED,** on February 10, 2026.

Paul Baisier
United States Bankruptcy Judge

Form 3061113

United States Bankruptcy Court

Northern District of Georgia

In re: Case No. 25-64842-pmb

Selma Lee Bolden  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 10, 2026 | Form ID: 3061113 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Selma Lee Bolden, 6109 Hemperly Rd, Atlanta, GA 30349-4279 |
| cr | + | Progress Residential Borrower 18, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |
| 25631252 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, 21210 Erwin St., Woodland Hills, CA 91367 |
| 25631249 | | Hyundai Finance, 1055 Talbert Ave, Fountain Valley, CA 92708 |
| 25631264 | ++ | LOAN SERVICING, LOAN SUPPORT, PO BOX 5961, MADISON WI 53705-0961 address filed with court:, State Farm, 1 State Farm Plaza, Bloomington, IL 61710 |
| 25631260 | + | Oral & Maxiofacial Surgery, 1463 Klondike Road #C, Conyers, GA 30094-5127 |
| 25631261 | + | Progress Residential, 364 Graystone Pkwy, Hiram, GA 30141-4104 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25631253 | + | Email/Text: bankruptcy@cavps.com | Feb 10 2026 20:28:00 | CAVALRY SPV I LLC, 500 Summit Lake Dr., Ste 400, Valhalla, NY 10595-2321 |
| 25631254 | + | EDI: WFNNB.COM | Feb 11 2026 01:06:00 | CCB/BOSCOVS, PO BOX 182120, Columbus, OH 43218-2120 |
| 25631255 | + | EDI: CRFRSTNA.COM | Feb 11 2026 01:06:00 | CFNA/BRIDGESTONE, 6275 EASTLAND ROAD BRK, Brookpark, OH 44142-1301 |
| 25652337 | | EDI: CRFRSTNA.COM | Feb 11 2026 01:06:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 25631256 | + | EDI: CRFRSTNA.COM | Feb 11 2026 01:06:00 | Credit First, PO Box 81083, Cleveland, OH 44181-0091 |
| 25631257 | + | Email/Text: Collections@dexsta.com | Feb 10 2026 20:27:00 | DEXSTA CU, 300 FOULK RD, Wilmington, DE 19803-3886 |
| 25631250 | | EDI: GADEPTOFREV | Feb 11 2026 01:06:00 | GEORGIA DEPARTMENT OF REVENUE, BANKRUPTCY, 2595 CENTURY PKWY NE SUITE 339, ATLANTA, GA 30345-3173 |
| 25709307 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 10 2026 20:28:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 25631251 | | EDI: IRS.COM | Feb 11 2026 01:06:00 | IRS, Centralized Insolvency Op., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 25678682 | + | Email/Text: gbechakas@outlook.com | Feb 10 2026 20:26:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 25631258 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 10 2026 20:27:00 | MIDLAND CREDIT MANAGEMEN, 320 EAST BIG BEAVER SUITE 300, Troy, MI 48083-1271 |
| 25631259 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 10 2026 20:28:00 | Midland Funding LLC, 8875 Aero Drive, Ste 200, |

| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 10, 2026 | Form ID: 3061113 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | | San Diego, CA 92123-2255 |
| 25636987 | + | Email/Text: bknotices@progressresidential.com | Feb 10 2026 20:28:00 | Progress Residential, 7500 N. Dobson Road, Suite 300, Scottsdale, AZ 85256-2727 |
| 25631262 | + | Email/Text: bknotices@progressresidential.com | Feb 10 2026 20:28:00 | Progress Residential Borrower 18, LLC, 7500 N. Dobson Rd, Suite 300, Scottsdale, AZ 85256-2727 |
| 25631263 | + | EDI: SYNC | Feb 11 2026 01:06:00 | SYNCB/JCP, PO BOX 965007, Orlando, FL 32896-5007 |
| 25632868 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Feb 10 2026 20:27:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Karen King | on behalf of Debtor Selma Lee Bolden myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 18  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Melissa J. Davey | mail@13trusteeatlanta.com cdbackup@13trusteeatlanta.com |

TOTAL: 3