**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404−215−1000

| | |
|---|---|
| In Re: **Selma Lee Bolden** <br><br> Debtor(s) | Case No.: **25−64842−pmb** <br> Chapter: **13** <br> Judge: **Paul Baisier** |

## ORDER TO EMPLOYER TO TERMINATE ORDER TO DEDUCT OR REMIT

To: Foundever Operating Corp

It appearing that this case was DISMISSED on 2/10/26,

It is hereby ORDERED that the previous Order issued by this Court directing the Employer to deduct a portion of the above−referenced Debtor(s) wages is hereby TERMINATED, thus relieving the Employer of any obligation to deduct from any monies due and owing to the debtor.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's Counsel, any Trustee, and Employer.

SO ORDERED, on 2/25/26

*Paul Baisier*

Paul Baisier
UNITED STATES BANKRUPTCY JUDGE

Dated: February 25, 2026

Form termedo −08/2019

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 25-64842-pmb |
| Selma Lee Bolden | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Feb 25, 2026 | Form ID: termedo | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Selma Lee Bolden, 6109 Hemperly Rd, Atlanta, GA 30349-4279 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | ##+ | Foundever Operating Corp, 1201 Demonbreun St., #1240, Nashville, TN 37203-5186 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Karen King | |
| | on behalf of Debtor Selma Lee Bolden myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com |
| Matthew Franklin Totten | |
| | on behalf of Creditor Progress Residential Borrower 18 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Melissa J. Davey | |
| | mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com |

District/off: 113E-9 User: bncadmin Page 2 of 2
Date Rcvd: Feb 25, 2026 Form ID: termedo Total Noticed: 1
TOTAL: 3