

**IT IS ORDERED as set forth below:**

**Date: March 2, 2026**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: | |
| | CASE NUMBER |
| **SELMA LEE BOLDEN,** | **25-64842-PMB** |
| | |
| Debtor. | CHAPTER 13 |

## ORDER VACATING ORDER OF DISMISSAL

On January 14, 2026, counsel for Progress Residential Borrower 18, LLC ("Movant") filed a *Progress Residential Borrower 18, LLC's Motion for In Rem Relief from Automatic Stay and Co-Debtor Stay* (Docket No. 17)(the "In Rem MFR"), regarding certain property at 6109 Hemperly Rd, Atlanta GA 30349 (the "Property"). The In Rem MFR was set for a hearing on February 5, 2026 (the "Hearing"), and the In Rem MFR was heard and granted by the Court at the Hearing, and Movant's counsel was to submit an Order on the In Rem MFR.

On February 10, 2026, the Court prematurely entered an *Order of Dismissal for Failure to Pay Filing Fees* (Docket No. 21)(the "Dismissal Order"), as Debtor failed to pay the second

filing fee installment by the deadline set forth in the *Notice of Deficiency Regarding Unpaid Filing Fees* (Docket No. 18). Accordingly, it is hereby

**ORDERED** that the Dismissal Order is hereby **VACATED** in its entirety to permit the entry of Movant's Order on the In Rem MFR.

The Clerk's office is directed to serve a copy of this order upon the Debtor, Debtor's counsel, Movant, Movant's counsel, the Chapter 13 Trustee, and all parties on the mailing matrix.

**[END OF DOCUMENT]**