

**IT IS ORDERED as set forth below:**

**Date: March 2, 2026**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| In re: | |
|---|---|
| | CASE NUMBER |
| **SELMA LEE BOLDEN,** | **25-64842-PMB** |
| | |
| Debtor. | CHAPTER 13 |

**ORDER VACATING ORDER OF DISMISSAL**

On January 14, 2026, counsel for Progress Residential Borrower 18, LLC ("Movant") filed a *Progress Residential Borrower 18, LLC's Motion for In Rem Relief from Automatic Stay and Co-Debtor Stay* (Docket No. 17)(the "In Rem MFR"), regarding certain property at 6109 Hemperly Rd, Atlanta GA 30349 (the "Property"). The In Rem MFR was set for a hearing on February 5, 2026 (the "Hearing"), and the In Rem MFR was heard and granted by the Court at the Hearing, and Movant's counsel was to submit an Order on the In Rem MFR.

On February 10, 2026, the Court prematurely entered an *Order of Dismissal for Failure to Pay Filing Fees* (Docket No. 21)(the "Dismissal Order"), as Debtor failed to pay the second

filing fee installment by the deadline set forth in the *Notice of Deficiency Regarding Unpaid Filing Fees* (Docket No. 18). Accordingly, it is hereby

**ORDERED** that the Dismissal Order is hereby **VACATED** in its entirety to permit the entry of Movant's Order on the In Rem MFR.

The Clerk's office is directed to serve a copy of this order upon the Debtor, Debtor's counsel, Movant, Movant's counsel, the Chapter 13 Trustee, and all parties on the mailing matrix.

**[END OF DOCUMENT]**

United States Bankruptcy Court

Northern District of Georgia

In re:  
Selma Lee Bolden  
    Debtor

Case No. 25-64842-pmb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113E-9      User: bncadmin      Page 1 of 2  
Date Rcvd: Mar 02, 2026      Form ID: pdf543      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Selma Lee Bolden, 6109 Hemperly Rd, Atlanta, GA 30349-4279 |
| cr | + | Progress Residential Borrower 18, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |
| 25631252 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, 21210 Erwin St., Woodland Hills, CA 91367 |
| 25631249 | | Hyundai Finance, 1055 Talbert Ave, Fountain Valley, CA 92708 |
| 25631264 | ++ | LOAN SERVICING, LOAN SUPPORT, PO BOX 5961, MADISON WI 53705-0961 address filed with court:, State Farm, 1 State Farm Plaza, Bloomington, IL 61710 |
| 25631260 | + | Oral & Maxiofacial Surgery, 1463 Klondike Road #C, Conyers, GA 30094-5127 |
| 25631261 | + | Progress Residential, 364 Graystone Pkwy, Hiram, GA 30141-4104 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Mar 02 2026 20:53:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 25631253 | + | Email/Text: bankruptcy@cavps.com | Mar 02 2026 20:53:00 | CAVALRY SPV I LLC, 500 Summit Lake Dr., Ste 400, Valhalla, NY 10595-2321 |
| 25631254 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 02 2026 20:52:00 | CCB/BOSCOVS, PO BOX 182120, Columbus, OH 43218-2120 |
| 25631255 | + | Email/Text: BKPT@cfna.com | Mar 02 2026 20:51:00 | CFNA/BRIDGESTONE, 6275 EASTLAND ROAD BRK, Brookpark, OH 44142-1301 |
| 25652337 | | Email/Text: BKPT@cfna.com | Mar 02 2026 20:51:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 25631256 | + | Email/Text: BKPT@cfna.com | Mar 02 2026 20:51:00 | Credit First, PO Box 81083, Cleveland, OH 44181-0091 |
| 25631257 | + | Email/Text: Collections@dexsta.com | Mar 02 2026 20:52:00 | DEXSTA CU, 300 FOULK RD, Wilmington, DE 19803-3886 |
| 25631250 | | Email/Text: brnotices@dor.ga.gov | Mar 02 2026 20:53:00 | GEORGIA DEPARTMENT OF REVENUE, BANKRUPTCY, 2595 CENTURY PKWY NE SUITE 339, ATLANTA, GA 30345-3173 |
| 25709307 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 02 2026 20:53:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 25631251 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 02 2026 20:52:00 | IRS, Centralized Insolvency Op., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 25678682 | + | Email/Text: gbechakas@outlook.com | Mar 02 2026 20:52:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 25631258 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 02, 2026 | Form ID: pdf543 | Total Noticed: 24 |

|  |  |  | Mar 02 2026 20:53:00 | MIDLAND CREDIT MANAGEMEN, 320 EAST BIG BEAVER SUITE 300, Troy, MI 48083-1271 |
| --- | --- | --- | --- | --- |
| 25631259 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 02 2026 20:53:00 | Midland Funding LLC, 8875 Aero Drive, Ste 200, San Diego, CA 92123-2255 |
| 25636987 | + | Email/Text: bknotices@progressresidential.com | Mar 02 2026 20:53:00 | Progress Residential, 7500 N. Dobson Road, Suite 300, Scottsdale, AZ 85256-2727 |
| 25631262 | + | Email/Text: bknotices@progressresidential.com | Mar 02 2026 20:53:00 | Progress Residential Borrower 18, LLC, 7500 N. Dobson Rd, Suite 300, Scottsdale, AZ 85256-2727 |
| 25631263 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 02 2026 20:55:53 | SYNCB/JCP, PO BOX 965007, Orlando, FL 32896-5007 |
| 25632868 |  | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Mar 02 2026 20:53:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Karen King | on behalf of Debtor Selma Lee Bolden myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 18  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Melissa J. Davey | mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com |

TOTAL: 3