## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

In re:

      SELMA LEE BOLDEN

           Debtor(s)

Case No. 25-64842-PMB

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Melissa J. Davey, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/19/2025.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 03/10/2026.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $5,244.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Caine & Weiner | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CFNA/BRIDGESTONE | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST NA | Unsecured | 1,351.00 | 1,288.83 | 1,288.83 | 0.00 | 0.00 |
| DEXSTA CU | Unsecured | 0.00 | 693.92 | 693.92 | 0.00 | 0.00 |
| GEORGIA DEPARTMENT OF REVENU | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Hyundai Capital America | Secured | 25,840.00 | 25,009.42 | 25,009.43 | 0.00 | 0.00 |
| INTERCOASTAL FINANCIAL LLC | Unsecured | NA | 2,480.21 | 2,480.21 | 0.00 | 0.00 |
| IRS | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMEN | Unsecured | 633.00 | NA | NA | 0.00 | 0.00 |
| ORAL & MAXIOFACIAL SURGERY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PROGRESS RESIDENTIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PROGRESS RESIDENTIAL BORROWE | Unsecured | 35,000.00 | 51,315.55 | 51,315.55 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,292.00 | 1,175.59 | 1,175.59 | 0.00 | 0.00 |
| Syncb/Jcp | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $25,009.43 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$25,009.43** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$56,954.10** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| | |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/15/2026                     By: /s/ Melissa J. Davey
                                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
CHAPTER 13

IN RE:                                    )      CASE NO. 25-64842-PMB
SELMA LEE BOLDEN                          )
                                          )
                                          )
DEBTOR                                    )

### CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Final Report and Account using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
KING & KING LAW L.L.C


I further certify that on this day I caused a copy of this document to be served via first class mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.


DEBTOR(S):
SELMA LEE BOLDEN
6109 HEMPERLY RD
ATLANTA, GA  30349
Dated:  06/15/2026                        /s/ Melissa J. Davey
                                          _____
                                          Melissa J. Davey, Chapter 13 Trustee
                                          State Bar No. 206310
                                          Standing Chapter 13 Trustee
                                          233 PEACHTREE STREET NE
                                          SUITE 2250
                                          Atlanta, GA  30303
                                          (678)510-1444


**UST Form 101-13-FR-S (9/1/2009)**